IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RODNEY RAY HAWKS,                )
                                 )
            Plaintiff,           )
                                 )
    v.                           )    1:17CV1021
                                 )
NANCY A. BERRYHILL,              )
Acting Commissioner of Social    )
Security,                        )
                                 )
            Defendant.           )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 21, 2018, was served on the parties in this action. (Docs. 13, 14.) Petitioner objected to the Recommendation. (Doc. 15.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Judgment Reversing the Decision of the Commissioner of Social Security (Doc. 9) is DENIED, that Defendant's Motion for Judgment

on the Pleadings (Doc. 11) is GRANTED, and that this action is DISMISSED WITH PREJUDICE.

A Judgment dismissing this action will be entered contemporaneously with this Order.

                                              /s/   Thomas D. Schroeder
                                            United States District Judge

January 29, 2019